IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 JUN 21 PM 3: 42

CLERK_____
SO. DIST. OF GA.

TERRENCE M. HOWARD, )
)
    Plaintiff, )
)
v. ) CV 305-054
)
RAYMOND HEAD, Manager, Inmate )
Affairs Unit, et al., )
)
    Defendants. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Steve Upton, Betty Dean, FNU Clark, and April Brown are **DISMISSED** without prejudice because Plaintiff did not name them as Defendants in his amended complaint.. Additionally, Defendants Raymond Head, Paul Thompson, Pat Etheridge, FNU Franks, and E. Turner are **DISMISSED** because the complaint fails to state a claim upon which relief can be granted against them.

SO ORDERED this 21st day of June, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

HOWARD )

vs )   CASE NUMBER  CV 305-054

HEAD )   DIVISION  AUGUSTA

)

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 06/21/05 , which is part of the official record of this case.

Date of Mailing:   06/21/05

Date of Certificate   [X] same date,   or _____

Scott L. Poff, Clerk

By: /s/ Joe Howell
Joe Howell, Deputy Clerk

Name and Address
TERRENCE M. HOWARD SERVED AT PRISON ADDRESS

[ ] Copy placed in Minutes
[X] Copy given to Judge
[X] Copy given to Magistrate