ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 FEB -1  AM 9:07

CLERK
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

TERRENCE M. HOWARD,  )
  )
    Plaintiff,  )
  )
v.  )  CV 305-54
  )
JOHN FASON,  )
  )
    Defendant.  )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Defendant's motion to dismiss is **GRANTED,** judgment is **ENTERED** in favor of defendant, and this civil action is **CLOSED.**

SO ORDERED this 1st day of February, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE